

_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket
October 02, 2012**

_____

Robert J. Feinstein (*Admitted pro hac vice*)
Shirley S. Cho (*Admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rfeinstein@pszjlaw.com
       scho@pszjlaw.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada  89146-5308
Telephone:  (702) 228-7590
Facsimile:  (702) 892-0122
E-Mail:  bkfilings@s-mlaw.com

Counsel for the Creditor Trust

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NEVADA CANCER INSTITUTE, a Nevada Nonprofit corporation,<br><br>Debtor. | Case No.: BK-S-11-28676-MKN<br><br>Chapter 11<br><br>Hearing Date:  September 25, 2012<br>Hearing Time:  2:00 p.m.<br>Estimated Time for Hearing:  10 minutes<br><br>Place:   Courtroom 2<br>         Foley Federal Building<br>         300 Las Vegas Blvd. South<br>         Las Vegas, NV 89101 |

**ORDER GRANTING MOTION AND APPROVING STIPULATION EXTENDING TIME TO OBJECT TO CLAIM OF DR. JOHN C. (JACK) RUCKDESCHEL**

On September 25, 2012, the Court held a hearing on the *Motion to Approve Stipulation Extending Time to Object to Claim of Dr. John C. (Jack) Ruckdeschel* [Docket No. 658] (the "Motion").  Appearances were as noted on the record of the hearing.  The Court has reviewed and considered the Motion, the notice of hearing thereon, the certificates of service with respect to the foregoing, and the record in this case.  Based upon that review and consideration, the Court finds

that: (1) the Court has jurisdiction over the Motion, (2) no objection to the Motion was filed; (3) the relief requested in the Motion is reasonable, appropriate and in the best interests of the Creditor Trust and unsecured creditors; (4) notice of the Motion was adequate and appropriate under the circumstances and no other notice need be given, and (5) other good and sufficient cause exists for granting the relief requested by the Motion.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED.

2. The Stipulation attached as <u>Exhibit A</u> to the Motion is APPROVED.

Submitted by:

 /s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146-5308

and

Robert J. Feinstein (admitted pro hac vice)
Shirley S. Cho (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA  90067-4003

Counsel to the Creditor Trust

1   In accordance with LR 9021, counsel submitting this document certifies that the order

2   accurately reflects the court's ruling and that (check one):

3   \_\_\_\_\_   The court has waived the requirement set forth in LR 9021 (b)(1).

4   __X__   No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

\_\_\_\_\_   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM

Local Counsel to Creditor Trust

###

###