Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**Entered on Docket**
**April 26, 2013**

___

Robert J. Feinstein (*Admitted pro hac vice*)
Shirley S. Cho (*Admitted pro hac vice*)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: rfeinstein@pszjlaw.com
         scho@pszjlaw.com

Lenard E. Schwartzer, Nevada Bar No. 0399
Jeanette E. McPherson, Nevada Bar No. 5423
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, Nevada 89146-5308
Telephone: (702) 228-7590
Facsimile: (702) 892-0122
E-Mail: bkfilings@s-mlaw.com

Counsel for the Creditor Trust

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: BK-S-11-28676-MKN |
| NEVADA CANCER INSTITUTE, a Nevada Nonprofit corporation,<br><br>Debtor. | Chapter 11 |

**ORDER APPROVING STIPULATION FURTHER EXTENDING
TIME TO OBJECT TO CLAIM NO. 125 OF NCI ADMIN BLDG, LLC**

On April 23, 2013, the *Stipulation Further Extending Time to Object to Claim No. 125 of NCI Admin Bldg, LLC* [Docket No. 685] (the "Second Stipulation") was filed. The Court has reviewed and considered the Second Stipulation. Based upon that review and consideration, the Court finds that: (1) the Court has jurisdiction over the Second Stipulation, (2) the relief requested in the Second Stipulation is reasonable, appropriate and in the best interests of the Creditor Trust and unsecured creditors; (3) notice of the Second Stipulation was adequate and appropriate under the circumstances and no other notice need be given, and (4) other good and sufficient cause exists for approving the Second Stipulation, which is fully consensual between the parties.

**THEREFORE, IT IS HEREBY ORDERED** that:

1. The Second Stipulation is APPROVED.

2. The deadline by which the Trust must object to the claim of NCI Admin Bldg., LLC is extended by four (4) months to September 12, 2013

Submitted by:

/s/ Jeanette E. McPherson
Lenard E. Schwartzer, Esq.
Jeanette E. McPherson, Esq.
SCHWARTZER & MCPHERSON LAW FIRM
2850 South Jones Boulevard, Suite 1
Las Vegas, NV 89146-5308

and

Robert J. Feinstein (admitted pro hac vice)
Shirley S. Cho (admitted pro hac vice)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067-4003

Counsel to the Creditor Trust

###