MICHAEL L. TUCHIN (CA State Bar No. 150375)
  *Admitted Pro Hac Vice*
MARTIN R. BARASH (CA State Bar No. 162314)
  *Admitted Pro Hac Vice*
JONATHAN M. WEISS (CA State Bar No. 281217)
  *Admitted Pro Hac Vice*
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA 90067
Telephone:    (310) 407-4000
Facsimile:    (310) 407-9090
Emails:    mtuchin@ktbslaw.com
           mbarash@ktbslaw.com
           jweiss@ktbslaw.com

Counsel for the Reorganized Debtor

ROBERT M. CHARLES, JR. (NV Bar No. 6593)
DAWN M. CICA (NV Bar No. 4565)
LEWIS AND ROCA LLP
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Telephone:    (702) 949-8200
Facsimile:    (702) 949-8398
Emails:    rcharles@lrlaw.com
           dcica@lrlaw.com

Co-Counsel for the Reorganized Debtor

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

NEVADA CANCER INSTITUTE, a Nevada nonprofit corporation,[1]

Debtor.

Case No.  2:11-bk-28676 (MKN)

Chapter 11

**NOTICE OF HEARING ON MOTION FOR FINAL DECREE CLOSING CHAPTER 11 CASE**

Hearing

Hearing Date:   June 26, 2013
Hearing Time:   9:30 a.m.
Estimated Time for Hearing:  5 minutes

Place:    Courtroom 2
          Foley Federal Building
          300 Las Vegas Blvd. South
          Las Vegas, NV 89101

---

[1] Nevada Cancer Institute has changed its corporate name to Nevada Cancer Institute Foundation.  Its address and last four digits of its Federal Tax I.D. are: 10530 Discovery Drive, Suite 125, Las Vegas, NV 89135 [EIN XX-XXX2553].

144699.1

**PLEASE TAKE NOTICE THAT** on June 26, 2013 at 9:30 a.m., a hearing will be held before the Honorable Mike K. Nakagawa, Chief United States Bankruptcy Judge, in Courtroom 2 of the Foley Federal Building at 300 Las Vegas Blvd. South, 3rd Floor, Las Vegas, Nevada, 89101, on the *Motion for Final Decree Closing Chapter 11 Case* (the "Motion") [Docket No. 692] filed by Nevada Cancer Institute Foundation, a Nevada nonprofit corporation, the reorganized debtor in the above-captioned case (the "Debtor"). By the Motion, the Debtor seeks entry of an order pursuant to section 350(a) of the Bankruptcy Code, Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Local Rule 3022 directing the entry of a final decree closing the Debtor's chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that the deadline for any party to file and serve an opposition or other response to the Motion, and any evidence in support thereof, is June 12, 2013.

**PLEASE TAKE FURTHER NOTICE** that if you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You also *must* serve your written response on the person who sent you this notice.

**PLEASE TAKE FURTHER NOTICE THAT** if you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may refuse to allow you to speak at the scheduled hearing; and
- The court may rule against you without formally calling the matter at the hearing.

**PLEASE TAKE FURTHER NOTICE** that the deadline for any party to file and serve a reply to any such opposition or other response filed in respect of the Motion, and any evidence in support thereof, is June 19, 2013.

**PLEASE TAKE FURTHER NOTICE** that copies of the Motion may be obtained by accessing PACER through the United States Bankruptcy Court website for Nevada at www.nvb.uscourts.gov, from the website maintained by the Debtor's court-appointed claims agent

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

1  Kurtzman Carson Consultants LLC at www.kccllc.net/NevadaCancerInstitute or by contacting the

2  Debtor's counsel by telephone at (310) 407-4000 or by Facsimile at (310) 407-9090.

3      **PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion may be continued

4  without further notice.

DATED:  May 23, 2013

/s/ Jonathan M. Weiss (*admitted pro hac vice*)
KLEE, TUCHIN, BOGDANOFF & STERN LLP

Michael L. Tuchin (CA State Bar No. 150375)
Martin R. Barash (CA State Bar No. 162314)
Jonathan M. Weiss (CA State Bar No. 281217)
1999 Avenue of the Stars, 39th Floor
Los Angeles, CA  90067
Telephone:	(310) 407-4000
Facsimile:	(310) 407-9090
Emails:	mtuchin@ktbslaw.com
	mbarash@ktbslaw.com
	jweiss@ktbslaw.com

Counsel for the Reorganized Debtor

-and-

LEWIS AND ROCA LLP

Robert M. Charles, Jr. (NV Bar No. 6593)
Dawn M. Cica (NV Bar No. 4565)
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV  89169
Telephone:	(702) 949-8200
Facsimile:	(702) 949-8398
Emails:	rcharles@lrlaw.com
	dcica@lrlaw.com

Co-Counsel for the Reorganized Debtor

144699.1

2